IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SYREETA L. KEE                                                                                          PLAINTIFF

VS.                                                  CIVIL ACTION NO. 4:20-CV-127-SA-JMV

HOWARD L. NATIONS, P.C. a/k/a
THE NATIONS LAW FIRM AND
HOWARD L. NATIONS, Individually                                 DEFENDANTS

## AGREED ORDER ALLOWING AMENDMENT TO PLEADINGS

This matter presently before the Court on the motion *ore tenus* of the plaintiff to amend her Complaint, pursuant to Fed. R. Civ. P. 15(a)(2), and the court being advised that defendants do not oppose the amendment, finds the motion well taken and sustains the same.

IT IS THEREFORE, ORDERED that plaintiff be allowed to amend her Complaint within ten (10) days of the date of this Order.

SO ORDERED, this the 6th day of November, 2020.

                                                                   */s/ Jane M. Virden*
                                                                 UNITED STATES MAGISTRATE JUDGE

**APPROVED AS TO FORM:**

*/s/ Ellis Turnage*
Ellis Turnage – MS Bar No. 8131
*Attorney for Plaintiff*


*/s/ Robert F. Stacy, Jr.*
Robert F. Stacy, Jr. – MS Bar No. 7764
*Attorney for Defendants*

{D1522638.1}

**Presented by:**

Robert F. Stacy, Jr., Esq.
Daniel Coker Horton & Bell, P.A.
265 North Lamar Boulevard, Suite R
Post Office Box 1396
Oxford, MS 38655-1396
Telephone: (662) 232-8979
Facsimile: (662) 232-8940
rstacy@danielcoker.com

{D1522638.1}