# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**SYREETA L. KEE**                                                                                       **PLAINTIFF**

**V.**                                   **NO. 4:20-cv-00127-SA-JMV**

**Howard L. Nations, P.C.**
*also known as* **The Nations Law Firm**                                       **DEFENDANT**

## ORDER

Pursuant to the order granting the motion to continue trial [158], the following amendments to the Case Management Order are outlined below.

The Defendant shall have until February 10, 2022, for the sole purpose of giving the Defendant an opportunity to designate a legal expert to counter the plaintiff's expert, Robert Gibbs' opinion, related to medical negligence and the statute of limitations issue. The Plaintiff's deadline to file a rebuttal designation is due March 2, 2022. The deadline for dispositive and *Daubert* motions as it relates to the new expert designation and rebuttal is due April 1, 2022.

**SO ORDERED**, this, the 5th day of January 2022.

                                                                     /s/ Jane M. Virden
                                                                     UNITED STATES MAGISTRATE JUDGE